THE CORN EXCHANGE BANK OF CHICAGO, Respondent, *v.*
ALPHONSO W. BLYE, as Receiver, etc., Appellant.

(Argued April 23, 1889; decided June 4, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made the first Monday of March, 1886, which affirmed a judg-
ment in favor of plaintiff, entered upon a verdict directed by
the court.

*Samuel B. Clarke* for appellant.

*L. A. Gould* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.